[Dogmuf] [Order Granting Motion for Payment Unclaimed Funds]

Dated: December 2, 2020

ORDERED.

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Case No. 3:10-bk-07714-JAF
Chapter 7

Dolores L. Hennessey

_____Debtor*_____/

### ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration without a hearing November 17, 2020 on the Motion for Payment of Unclaimed Funds (Document No. 72), by Dilks & Knopik, LLC on behalf of LVNV (the Motion). Having verified that the sum of $ 242.73 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is Granted.

2. After the expiration of 14 days from the date of this order, the Court's Financial Deputy shall prepare a payment voucher to be sent to the United States Treasury, for payment of the sum of $ 242.73 to:

LVNV Funding
c/o Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.

Original to Financial Administrator